UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SRINVAS GINJUPALLI, § § *Plaintiff*, § § VS. § § § CIVIL ACTION NO. 9:25-cv-00290 CHAMELEON FINANCE; LAKSHMI § JUDGE MICHAEL J. TRUNCALE FINANCE CENTER; SUMMIT § FUSION LLC; ELIZIR CO., LIMITED; § LUXURY COLLECTION INC.; and § DOES 1-100, § § *Defendants*. § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN THE NOTICE PERIOD FOR PRELIMINARY INJUNCTION HEARING

Before the Court is Plaintiff's Motion to Shorten the Notice Period for Preliminary Injunction Hearing. [Dkt. 18]. On November 20, 2025, this Court held a Preliminary Injunction Hearing in the above-styled matter.

Pursuant to the Court's ruling during the hearing, it is **ORDERED** that Plaintiff's Motion to Shorten the Notice Period for Preliminary Injunction Hearing [Dkt. 18] is hereby **GRANTED**. The notice period for the Preliminary Injunction Hearing is shortened to two (2) days.

**SIGNED this 20th day of November, 2025.**

_____
Michael J. Truncale
United States District Judge